# EXHIBIT A
## Plaintiff's Equifax Consumer Disclosure, September 24, 2021 – Excerpt

### 2.4 FINGERHUT/WEBBANK

**Summary**

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | | Reported Balance | $0 |
| Account Status | PAYS_AS_AGREED | Debt-to-Credit Ratio | 0% |
| Available Credit | $400 | | |

**Payment History**

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | 30 | 60 | ✓ | ✓ | ✓ | ✓ | ▨ | ▨ | ▨ | ▨ |

# EXHIBIT A
## Plaintiff's Equifax Consumer Disclosure, September 24, 2021 – Excerpt



## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $355 | **Owner** | INDIVIDUAL |
| **Credit Limit** | $400 | **Account Type** | REVOLVING |
| **Terms Frequency** | MONTHLY | **Term Duration** | 0 |
| **Balance** | $0 | **Date Opened** | Dec 29, 2020 |
| **Amount Past Due** | | **Date Reported** | Sep 06, 2021 |
| **Actual Payment Amount** | | **Date of Last Payment** | Apr 01, 2021 |
| **Date of Last Activity** | | **Scheduled Payment Amount** | |
| **Months Reviewed** | 8 | **Delinquency First Reported** | |
| **Activity Designator** | | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Charge Account | **Date Closed** | |
| **Date of First Delinquency** | | | |

**Comments**

**Contact**

FINGERHUT/WEBBANK
6250 RIDGEWOOD ROAD
ST CLOUD, MN  56303
1-866-734-0342

EQUIFAX    WILLIAM RIDD | Sep 24, 2021    Page 15 of 44
Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

Page **16** of **18**

# EXHIBIT B
## Plaintiff's Experian Consumer Disclosure, September 24, 2021 – Excerpt



# EXHIBIT C
## Plaintiff's Experian Consumer Disclosure, October 4, 2021 – Excerpt

10/4/21, 5:39 PM          Experian - Access your credit report

WILLIAM KIDD | Report number ▮▮▮▮ | October 04, 2021 | Print | Close window

### Print your report

Below is all the information currently in your credit report. The payment history guide and common questions will help explain your credit information. Print this page or write down your report number for future access.

**Address**
Experian
P.O. Box 9701 Allen, TX 75013

**Potentially negative items**

No **Public Record** items appear on your report.

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| WEBBANK/FINGERHUT | ▮▮▮▮ | $0 as of 05/06/2021 | 12/2020 | **Open.** |

6250 RIDGEWOOD RD
SAINT CLOUD, MN 56303
*No phone number available*
**Address identification number**
0075021140

**Type**
Charge Card
**Terms**
NA

**Credit limit or original amount**
$400
**High balance**
$355
**Monthly payment**
$0
**Recent payment amount**
$0

**Date of status**
01/2021
**First reported**
09/2020
**Responsibility**
Individual

**Your statement**
NEVER LATE, ACCOUNT WAS PAID AS AGREED.
**Reinvestigation information**
This item was updated from our processing of your dispute in Sep 2021.

**Comment history**

First payment never received.| Apr 2021

**Account history**

| 2021 | | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|---|
| May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |
| OK | OK | OK | OK | OK | 60 | 30 | OK | OK |

60 days past due as of Dec 2020
30 days past due as of Nov 2020

Page **18** of **18**